UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2019 SEP -4 PM 1:52

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> ANTHONY SANDERS, ) <br> ) <br> Defendant. ) | CAUSE NO. Enter cause number <br><br> 1:19-cr-0289 JMS DLP |

## INDICTMENT
(Felon in Possession Ammunition)
18 U.S.C. § 922(g)(1)

The Grand Jury charges that:

On or about August 8, 2019, within the Southern District of Indiana, Indianapolis Division, the defendant, ANTHONY SANDERS, knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

> Robbery, cause number 49G05-1304-FB-026479, in Marion County Superior Court, Indiana, on or about February 5, 2014;

did knowingly possess in and affecting commerce ammunition, to wit: GFL Ruger 9mm ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE

1. The allegations in this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth herein, ANTHONY SANDERS, the defendant herein, shall also forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, ammunition or magazine involved in or used in the offense of which he is convicted.

A TRUE BILL:



JOSH J. MINKLER
United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney